UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**HARVEY LEON HENDERSON, JR.,**

    **Plaintiff,**

v.                           Case No.  3:23-cv-24710-TKW-HTC

**HENRY A. ESGUERRA** and **ERIN AMBROSE,**

    **Defendants.**

_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7) and Plaintiff's objection (Doc. 8).  The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

Based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a claim upon which relief can be granted.  The objection acknowledges that the claim against Defendant Ambrose should be dismissed and it does not include any persuasive argument as to why the claim against Defendant Esguerra is not *Heck*-barred because a judgment in favor of Plaintiff on that claim would necessarily imply the invalidity of his conviction.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 26th day of January, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**